<strong>UNITED STATES DISTRICT COURT<br>DISTRICT OF CONNECTICUT</strong>

| | | |
|---|---|---|
| **WILLIAM E. MIKE** | : | |
| Plaintiff | : | CIVIL ACTION NO |
| | : | 3: 03 CV 539 (DJS) |
| v. | : | |
| | : | October 14, 2003 |
| **SAFECO INSURANCE COMPANY OF AMERICA** | : | |
| Defendant | : | |

<strong><u>MOTION FOR RECONSIDERATION OF COURT'S RULING ON DEFENDANT'S MOTION TO COMPEL</u></strong>

Plaintiff respectfully requests that the Court reconsider its ruling of October 8, 2003 (a copy of which is attached as Exhibit A) granting in part Defendant's Motion to Compel Plaintiff's Responses to Defendant's First Set of Interrogatories and Requests for Production, dated August 29, 2003. On September 5, 2003, the undersigned moved for an extension of time until October 19, 2003 within which to respond to Defendant's Motion to Compel. Attorney James Shea, Counsel for Defendant, had no objection to that motion. On September 18, 2003, the Court granted the motion for extension of time, so that Plaintiff's opposition to the Motion to Compel was due on or before October 19, 2003. A copy of the Court's ruling is attached to this motion as Exhibit B.

Rather than wait until October 19, 2003 or until Plaintiff's opposition papers were filed, this Court ruled on Defendant's Motion on October 8, 2003, based solely on Defendant's papers.

**ORAL ARGUMENT IS NOT REQUESTED**

**TESTIMONY IS NOT REQUIRED**

This Court has not had the benefit of seeing Plaintiff's opposition papers. Those papers are being filed simultaneously with this Motion. Plaintiff simply requests that this Court read his opposition papers and consider the arguments contained therein before ruling on Defendant's Motion.

        Plaintiff,
        William E. Mike


        By:_____
        Anthony J. Pantuso, III, Esq.
        Fed. Bar No: ct11638
        221 Main Street, Suite 400
        Hartford, CT 06106
        (860) 522-8888
        Attorney for the Plaintiff


## **CERTIFICATION OF SERVICE**

     This is to certify that a copy of the foregoing was mailed this date to all counsel and pro se parties of record, including:

Attorney Margaret Strange
Attorney James Shea
Jackson, Lewis, LLP
55 Farmington Ave, Ste. 1200
Hartford CT 06105


        _____
        Anthony J. Pantuso, III