UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. MIKE, | : |
| Plaintiff, | : |
| v. | : No. 3:03CV539(DJS) |
| SAFECO INSURANCE COMPANY OF AMERICA, | : |
| Defendant. | : |

ORDER

Plaintiff's motion to reconsider (dkt. # 23) this court's ruling on defendant's motion to compel (dkt. # 19) is **GRANTED** for the purpose of considering plaintiff's timely submission in opposition to defendant's motion to compel. However, the relief requested in plaintiff's motion to reconsider is not warranted. This court will not modify its decision on defendant's motion to compel, as set forth in the endorsement order dated October 9, 2003.

So ordered this 31th day of November, 2003.

DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE