UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. MIKE | : |
| Plaintiff | : CIVIL ACTION NO |
| | : 3: 03 CV 539 (DJS) |
| v. | : |
| | : November 25, 2003 |
| SAFECO INSURANCE COMPANY OF AMERICA | : |
| Defendant | : |

## MOTION ON CONSENT FOR EXTENSION OF DEADLINES

Plaintiff respectfully requests that the Court extend the following deadlines, set forth in the Scheduling Order of May 21, 2003:

1. **Close of Discovery**: From December 26, 2003 until February 26, 2004;

2. **Dispositive Motions**: From January 26, 2004 until March 26, 2004;

3. **Joint Trial Memorandum**: From February 26, 2004 until April 26, 2004; and

4. **Trial Readiness**: From March, 2004 until May, 2004.

Good cause exists for granting this motion. The undersigned, Counsel for Plaintiff, will be having surgery on December 11, 2003. I have been advised by my physician that I will not be cleared to return to work for six to eight weeks following my surgery. Accordingly, I am seeking a two-month extension on all remaining deadlines, to correspond with my anticipated period of disability.

**ORAL ARGUMENT IS NOT REQUESTED**

**TESTIMONY IS NOT REQUIRED**

Case 3:03-cv-00539-DJS    Document 27    Filed 11/26/2003    Page 2 of 3

I have spoken with Attorney Margaret J. Strange, Counsel for Defendant, who has no objection to the granting of this motion.

> Plaintiff,
> William E. Mike
>
> By: *[signature]*
> Anthony J. Pantuso, III, Esq.
> Fed. Bar No: ct11638
> 221 Main Street, Suite 400
> Hartford, CT 06106
> (860) 522-8888
> Attorney for the Plaintiff

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed this date to all counsel and pro se parties of record, including:

Attorney Margaret Strange
Attorney James Shea
Jackson, Lewis, LLP
55 Farmington Ave, Ste. 1200
Hartford CT 06105

*[signature]*
Anthony J. Pantuso, III

**ORAL ARGUMENT IS NOT REQUESTED**

**TESTIMONY IS NOT REQUIRED**