UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **WILLIAM E. MIKE**<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:03cv539(DJS) |
| **SAFECO INSURANCE COMPANY<br>OF AMERICA**<br>    Defendant | : |

### ORDER

The Motion on Consent for Extension of Deadlines (Doc. #27) is hereby **GRANTED**. All discovery, including expert depositions and expert reports shall be completed by **February 26, 2004**. Dispositive motions shall be filed by **March 26, 2004** and if no dispositive motion is filed, the parties shall file their joint trial memorandum by **April 26, 2004**. This case shall be trial ready **May, 2004.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   10th    day of December, 2003.


　　　　　　　　　　　　　　　　　　　/s/DJS
　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　United States District Judge