UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 11  P 2: 05

| | |
|---|---|
| WILLIAM E. MIKE | |
| Plaintiff | CIVIL ACTION NO. |
| | 3: 03 CV 539 (DJS) |
| v. | |
| | February 9, 2004 |
| SAFECO INSURANCE COMPANY OF AMERICA | |
| Defendant | |

US DISTRICT COURT
HARTFORD, CT.

## MOTION ON CONSENT FOR EXTENSION OF DEADLINES

Plaintiff respectfully requests that the Court extend the following deadlines:

1. **Close of Discovery**: From February 26, 2004 until April 26, 2004;

2. **Dispositive Motions**: From March 26, 2004 until May 26, 2004;

3. **Joint Trial Memorandum**: From April 26, 2004 until June 26, 2004; and

4. **Trial Readiness**: From May, 2004 until July, 2004.

Good cause exists for granting this motion. The undersigned, Counsel for Plaintiff, underwent surgery on December 11, 2003. My physician originally anticipated that I would be cleared to return to work at approximately the end of January, 2004. Unfortunately, my recovery has been delayed, and I have not yet been cleared to return to work. During my recovery period, I have only been able to work a greatly reduced schedule out of my house, and have been unable to go in to the office, take or defend depositions, or take any other steps that require me to leave my

**ORAL ARGUMENT IS NOT REQUESTED**

**TESTIMONY IS NOT REQUIRED**

house. For this reason, I have not been available for the completion of Plaintiff's deposition, nor have I been able to take the depositions of Francis Scalley and Jeffrey LaFrance, two of Defendant's employees. I anticipate that I will be cleared to return to work on a limited basis by the end of February, 2004. Accordingly, I am seeking a two-month extension on all remaining deadlines.

I have spoken with Attorney Margaret J. Strange, Counsel for Defendant, who has no objection to the granting of this motion. This is the second such motion for extension of these deadlines.

Plaintiff,
William E. Mike

By: _____
Anthony J. Pantuso, III, Esq.
Fed. Bar No: ct11638
221 Main Street, Suite 400
Hartford, CT 06106
(860) 522-8888
Attorney for the Plaintiff

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed this date to all counsel and pro se parties of record, including:

Attorney Margaret Strange
Attorney James Shea
Jackson, Lewis, LLP
55 Farmington Ave, Ste. 1200
Hartford CT 06105

_____
Anthony J. Pantuso, III