UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **WILLIAM E. MIKE**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:03cv539(DJS) |
| **SAFECO INSURANCE COMPANY**<br>**OF AMERICA**<br>    **Defendant** | : |

### ORDER

The Motion on Consent for Extension of Deadlines (Doc. #29) is hereby **GRANTED**.  All discovery, including expert depositions and expert reports shall be completed by **April 26, 2004**.  Dispositive motions shall be filed by **May 26, 2004** and if no dispositive motion is filed, the parties shall file their joint trial memorandum by **June 25, 2004**.  This case shall be trial ready **July, 2004.**

   **IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   19th    day of  February, 2004.


                                      /s/DJS
                                      Dominic J. Squatrito
                                      United States District Judge