UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM E. MIKE | : | |
| Plaintiff | : | CIVIL ACTION NO |
| | : | 3: 03 CV 539 (DJS) |
| v. | : | |
| | : | April 8, 2004 |
| SAFECO INSURANCE COMPANY OF AMERICA | : | |
| Defendant | : | |

### MOTION ON CONSENT FOR EXTENSION OF DEADLINE

Plaintiff respectfully requests that the Court extend the following deadlines, set forth in the Scheduling Order of February 11, 2004:

1. **Close of Discovery**: From April 26, 2004 until thirty (30) days after the Court rules on Plaintiff's Motion to Compel, dated April 1, 2004;

2. **Dispositive Motions**: From May 26, 2004 until sixty (60) days after the Court rules on Plaintiff's Motion to Compel, dated April 1, 2004;

3. **Joint Trial Memorandum**: From June 26, 2004 until ninety (90) days after the Court rules on Plaintiff's Motion to Compel, dated April 1, 2004; and

4. **Trial Readiness**: From July, 2004 until the date that the Joint Trial Memorandum becomes due.

I have spoken with Attorney James Shea, Counsel for Defendant, who has no objection to the granting of this motion. This is the Third such request for an extension of these

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

deadlines, the first two being related to the undersigned's medical condition.

Good cause exists for granting this motion. The undersigned, Counsel for Plaintiff, has noticed the depositions of two of Defendant's employees, Francis Scalley and Jeffrey LaFrance. In order properly to prepare for these depositions, Plaintiff has sought various documents through discovery. Defendant has objected to providing most of these documents, and these objections are now the subject of Plaintiff's Motion to Compel, dated April 1, 2004. Plaintiff is seeking an extension of the discovery deadline until thirty (30) days after the Court rules on the Motion to Compel, in order to permit sufficient time for Defendant to comply with any order that it produce documents and in order for the undersigned to have sufficient time to review any such documents in preparation for the depositions. Plaintiff also seeks extension of all other deadlines accordingly, so that the parties are afforded the same amount of time after the close of discovery as they presently have for the filing of dispositive motions, the Joint Trial Memorandum, and trial readiness.

                                                Plaintiff,
                                                William E. Mike

                                                By: _____
                                                Anthony J. Pantuso, III, Esq.
                                                Fed. Bar No: ct11638
                                                221 Main Street, Suite 400
                                                Hartford, CT 06106
                                                (860) 522-8888
                                                Attorney for the Plaintiff

## CERTIFICATION OF SERVICE

    This is to certify that a copy of the foregoing was mailed this date to all counsel and pro se parties of record, including:

Attorney Margaret Strange
Attorney James Shea
Jackson, Lewis, LLP
55 Farmington Ave, Ste. 1200
Hartford CT 06105

                                                                                           Anthony J. Pantuso, III