```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

WILLIAM E. MIKE,                    :
                                    :
     Plaintiff,                     :
                                    :
v.                                  :    No. 3:03CV539(DJS)
                                    :
SAFECO INSURANCE COMPANY OF         :
AMERICA,                            :
                                    :
     Defendant.                     :
```

## ORDER

Plaintiff's motion for extension of time (dkt. # 34) is **GRANTED**.

So ordered this 15th day of April, 2004.

                                                            **/s/DJS**

                                  _____
                                        **DOMINIC J. SQUATRITO**
                                  **UNITED STATES DISTRICT JUDGE**