UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. MIKE, | : |
| Plaintiff, | : |
| v. | : No. 3:03CV539(DJS) |
| SAFECO INSURANCE COMPANY OF AMERICA, | : |
| Defendant. | : |

## ORDER

Plaintiff's motion to compel (dkt. # 31) is **GRANTED**, subject to the following:

1. Defendant shall comply with Rule 37(a)1 of the Local Rules of Civil Procedure for the District of Connecticut with respect to all attorney-client privilege and work product immunity objections.

2. Where consistent with state law and individual privacy interests, the names of other employees shall be redacted from responsive documents. Defendant shall devise an alternate procedure for identifying employees in its discovery responses.

3. To the extent the services of outside vendors is required to retrieve information, plaintiff shall pay 50% of the cost of retrieving the information. The court may re-allocate these costs at the conclusion of this litigation.

Defendant shall serve responses on or before **May 28, 2004.**

So ordered this 24th day of April, 2004.

/s/DJS
_____
DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE