UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**WILLIAM E. MIKE**     :
    **Plaintiff**

v.     : CIVIL NO.: 3:03cv539(DJS)

**SAFECO INSURANCE COMPANY**
**OF AMERICA**     :
    **Defendant**

**ORDER**

Pursuant to the Court's Order dated April 15, 2004 (Doc. #35) and the Court's Ruling dated April 23, 2004 , the following shall control the pretrial proceedings in this case until further notice from this Court.   All discovery, including expert depositions and expert reports, shall be completed by **May 24, 2004.**  Dispositive motions shall be filed by **June 23, 2004** and if no dispositive motion is filed, the parties shall file their joint trial memorandum by **July 23, 2004**.  This case shall be trial ready **August, 2004.**

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this   10th   day of May, 2004.


                                      /s/DJS
                                      Dominic J. Squatrito
                                      United States District Judge