UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. MIKE | : |
| | : |
| Plaintiff | : CIVIL ACTION NO |
| | : |
| | : 3: 03 CV 539 (DJS) |
| v. | : |
| | : |
| | : May 18, 2004 |
| SAFECO INSURANCE COMPANY | : |
| OF AMERICA | : |
| Defendant | : |

## MOTION ON CONSENT FOR EXTENSION OF DEADLINE

Plaintiff respectfully requests that the Court extend the following deadlines, set forth in the Scheduling Order of May 10, 2004:

1. **Close of Discovery**: From May 24, 2004 until June 28, 2004;

2. **Dispositive Motions**: From June 23, 2004 until July 28, 2004;

3. **Joint Trial Memorandum**: From July 23, 2004, if no dispositive motions are filed, until August 28, 2004 if no dispositive motions are filed; and

4. **Trial Readiness**: From August 2004 until the date that the Joint Trial Memorandum becomes due.

I have spoken with Attorney Margaret J. Strange, Counsel for Defendant, who consents to the granting of this motion. This is the fourth such request for an extension of these deadlines.

Good cause exists for granting this motion. The Court previously granted Plaintiff's Motion to Compel, and ordered Defendant to comply with Plaintiff's discovery requests by May 28, 2004. The deadline for the completion of discovery set forth in the May 10, 2004 Scheduling Order, however, is before the date on which Defendant had been ordered to comply with

discovery. Plaintiff previously requested an extension of these deadlines in order to allow sufficient time for to receive and review Defendant's discovery compliance, prior to taking the depositions of two of Defendant's employees, Francis Scalley and Jeffrey LaFrance. Under the May 10, 2004 order, Plaintiff will be required to take these depositions before he receives Defendant's discovery compliance.

In order properly to prepare for these depositions, Plaintiff must first review Defendant's discovery compliance. Plaintiff thus seeks an extension of the discovery deadline until June 28, 2004, thirty (30) days after the date upon which the Court previously ruled that Defendant must comply. Plaintiff also seeks extension of all other deadlines accordingly, so that they are afforded the same amount of time after the close of discovery as they presently have for the filing of dispositive motions, the Joint Trial Memorandum, and trial readiness.

        Plaintiff,
        William E. Mike


        By:_____
        Anthony J. Pantuso, III, Esq.
        Fed. Bar No: ct11638
        221 Main Street, Suite 400
        Hartford, CT 06106
        (860) 522-8888
        Attorney for the Plaintiff

**CERTIFICATION OF SERVICE**

       This is to certify that a copy of the foregoing was mailed this date to all counsel and pro se parties of record, including:

Attorney Margaret Strange
Attorney James Shea
Jackson, Lewis, LLP
55 Farmington Ave, Ste. 1200
Hartford CT 06105

                                                                          _____
                                                                          Anthony J. Pantuso, III