UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. MIKE<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:03cv539(DJS) |
| SAFECO INSURANCE COMPANY<br>OF AMERICA<br>    Defendant | : |

**ORDER**

The Motion on Consent for Extension of Deadline (Doc. #39) is hereby **GRANTED in part.**  All discovery, including expert depositions and expert reports, shall be completed by **June 25, 2004.**  Dispositive motions shall be filed by **July 26, 2004** and if no dispositive motion is filed, the parties shall file their joint trial memorandum by **August 25, 2004**.  This case shall be trial ready **September, 2004.  No further extensions shall be granted.**

   **IT IS SO ORDERED**.

   Dated at Hartford, Connecticut, this   19th   day of May, 2004.


                                             /s/DJS
                                             Dominic J. Squatrito
                                             United States District Judge