UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. MIKE<br>    Plaintiff, | :<br>:<br>:    Civil No. 3:03 CV 0539(DJS) |
| v. | :<br>: |
| SAFECO INSURANCE COMPANY<br>OF AMERICA,<br>    Defendant. | :<br>:    JULY 22, 2004<br>:<br>: |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56 of this District, Safeco Insurance Company of America ("Safeco") respectfully moves this Court for the entry of summary judgment as to both counts of William Mike's ("Plaintiff") Complaint dated February 26, 2003. The First Count alleges a claim under the Connecticut Whistleblower Statute, Conn. Gen. Stat. § 31-51m. The Second Count alleges a claim for common law wrongful discharge based on the public policy against retaliating against individuals who in good faith complain of a violation of state statute.

As set forth in the attached Memorandum of Law, there are no genuine issues of material fact. Based on the undisputed evidence, Safeco is entitled to summary judgment as to the First Count because: 1) Plaintiff did not engage in protected activity by reporting a violation or suspected violation of law to the Connecticut Department of Labor ("DOL") as required by the Whistleblower Statute; and 2) it is undisputed that the decision-maker responsible for Plaintiff's discharge, Jeff LaFrance, was unaware of Plaintiff's alleged contact with the DOL and, thus, cannot have retaliated against him on that basis. Safeco is entitled to summary judgment as to the Second

Count because Plaintiff's common law claim for wrongful discharge is statutorily precluded by his whistleblower claim in Count One and because there is no evidence that Plaintiff's discharge violated public policy. Consequently, Safeco is entitled to judgment as a matter of law and the First and Second Counts of the Complaint should be dismissed.

WHEREFORE, Defendant Safeco Insurance Company of America respectfully moves this Court for the entry of summary judgment as to both counts of the Complaint dated February 26, 2003.

> THE DEFENDANT,
> SAFECO INSURANCE COMPANY
> OF AMERICA
>
> By: *Margaret J. Strange*
> Margaret J. Strange (ct 08212)
> James F. Shea (ct 16750)
> Jackson Lewis LLP
> 55 Farmington Avenue, Suite 1200
> Hartford, CT 06105
> (860) 522-0404
> email: strangem@jacksonlewis.com
> email: sheaj@jacksonlewis.com

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 22nd day of July 2004 to the following counsel of record:

Anthony J. Pantuso, III
Hayber & Pantuso, LLC
221 Main Street, Suite 400
Hartford, CT 06106

_____
Margaret J. Strange