UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. MIKE<br>    Plaintiff, | :<br>:<br>: |
| v. | : Civil No. 3:03 CV 0539(DJS)<br>:<br>: |
| SAFECO INSURANCE COMPANY<br>OF AMERICA,<br>    Defendant. | :<br>: JULY 21, 2004<br>:<br>: |

### AFFIDAVIT OF JEFF LAFRANCE

Jeff LaFrance, being duly sworn and according to law, deposes and says:

1. I am presently employed with Safeco Insurance Company ("Safeco") as Unit Manager. I have held this position since I commenced employment with Safeco in September 2002. As Unit Manager, I was William Mike's immediate supervisor. I reported to Fran Scalley, Product Line Manager. This Affidavit is based on my personal knowledge and is submitted in support of Safeco's Motion for Summary Judgment in the above matter.

2. I made the decision to terminate Mr. Mike's employment on December 2, 2002 due to his poor job performance. At the time I terminated Mr. Mike's employment, I had no knowledge that he allegedly contacted the Department of Labor in July 2002 regarding Safeco's drive time policy.

3. Mr. Scalley never informed me that Mr. Mike allegedly contacted the DOL regarding Safeco's drive time policy. Nor did Caryn Kiernan, of Safeco's Human Resources Department, inform me of Mr. Mike's alleged contact with the DOL. During his

employment, Mr. Mike never informed me of his discussions with the DOL regarding Safeco's drive time policy.

4. Prior to Mr. Mike's termination, I was never even aware that there had been a question regarding the compensability of drive time for Field Representatives.

_____
Jeff LaFrance

Sworn to before me this
21 day of July 2004.

_____
Notary Public
My Commission Expires: 1/07

2

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 22nd day of July 2004 to the following counsel of record:

>Anthony J. Pantuso III, Esq.
>Hayber & Pantuso, LLC
>221 Main Street, Suite 400
>Hartford, CT 06106

*Margaret J. Strange*
Margaret J. Strange

65692

3