UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| WILLIAM E. MIKE<br>　　Plaintiff, | : | |
| | : | |
| | : | Civil No. 3:03 CV 0539(DJS) |
| 　　v. | : | |
| | : | |
| SAFECO INSURANCE COMPANY<br>OF AMERICA,<br>　　Defendant. | : | JULY 22, 2004 |
| | : | |

## AFFIDAVIT OF MARGARET J. STRANGE

I, Margaret J. Strange, being duly sworn and according to law, depose and say:

1.    I am a partner in the law firm of Jackson Lewis LLP, counsel for Safeco Insurance Company of America, in the above-captioned matter. This Affidavit is submitted in support of Defendant's Memorandum of Law in Support of Motion for Summary Judgment.

2.    I affirm that a true and correct copy of Plaintiff's Offer Letter dated March 28, 2000 is attached as Exhibit 1.

3.    I affirm that a true and correct copy of the document entitled "Performance Expectations" dated October 7, 2002 is attached as Exhibit 2.

4.    I affirm that a true and correct copy of the Action Plan dated October 28, 2002 is attached as Exhibit 3.

5.    I affirm that a true and correct copy of Plaintiff's termination paperwork dated December 2, 2002 is attached as Exhibit 4.

6.    I affirm that a true and correct copy of Mr. Scalley's email of July 31, 2002 is attached as Exhibit 5.

7.    I affirm that the Affidavit of Robin Starkel dated January 30, 2004 is attached as Exhibit 6.

8.    I affirm that a true and correct copy of Mr. Scalley's email of August 6, 2002 is attached as Exhibit 7.

9.    I affirm that a true and correct copy of Jordan v. Learning Clinic, Inc., CV 95 0051042, 1998 Conn. Super. LEXIS 1180 (Conn. Super. Ct. Apr. 29, 1998) is attached as Exhibit 8.

10.    I affirm that a true and correct copy of Swihart v. Country Home Bakers, Inc., No. CV 97 060945, 1998 Conn. Super. LEXIS 3402 (Conn. Super. Ct. Dec. 3, 1998) is attached as Exhibit 9.

11.    I affirm that a true and correct copy of Esposito v. Connecticut College, No. X04 CV 970117504 S, 2000 Conn. Super. LEXIS 2305 (Conn. Super. Ct. Sept. 1, 2000) is attached as Exhibit 10.

12.    I affirm that a true and correct copy of Trombley v. Convalescent Center of Norwich, No. CV 543772, 1999 Conn. Super. LEXIS 1688 (Conn. Super. Ct. June 30, 1999 is attached as Exhibit 11.

13.    I affirm that true and correct copies of the pages from the deposition transcript of the Plaintiff dated June 2, 2003 are attached as Exhibit 12.

14.    I affirm that true and correct copies of the pages from the deposition transcript of the Plaintiff dated February 4, 2004 are attached as Exhibit 13.

15.    I affirm that true and correct copies of the pages from the deposition transcript of

Mr. Scalley dated June 17, 2004 are attached as Exhibit 14.

16.    I affirm that true and correct copies of the pages from the deposition transcript of

Mr. LaFrance dated June 22, 2004 are attached as Exhibit 15.


_Margaret J. Strange_
Margaret J. Strange


Sworn and subscribed to
before me on this 22nd
day of July, 2004.

_Andrea G. Paolino_
Notary Public

ANDREA G. PAOLINO
NOTARY PUBLIC
MY COMMISSION EXPIRES 01-31-05

3

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 22nd day of July, 2004, to the following counsel of record:

> Anthony J. Pantuso III, Esq.
> Hayber & Pantuso, LLC
> 221 Main Street, Suite 400
> Hartford, CT 06106

Margaret J. Strange

65692