UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM E. MIKE | : | |
| Plaintiff, | : | |
| | : | |
| | : | Civil No. 3:03CV0539(DJS) |
| v. | : | |
| | : | |
| SAFECO INSURANCE COMPANY | : | |
| OF AMERICA, | : | JULY 22, 2004 |
| Defendant. | : | |

## NOTICE OF MANUAL FILING

Please take notice that Safeco Insurance Company of America has manually filed the following document or thing:  Exhibits to the Affidavit of Margaret J. Strange Numbered 1 through 15.

This document has not been filed electronically because

[   ]    the document or thing cannot be converted to an electronic format

[ x ]    the electronic file size of the document exceeds 1.5 megabytes

[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

THE DEFENDANT,
SAFECO INSURANCE COMPANY
OF AMERICA

By:    _Margaret J. Strange_

Margaret J. Strange (ct 08212)
James F. Shea (ct 16750)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT  06105
(860) 522-0404
email: strangem@jacksonlewis.com
email: sheaj@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first-class mail, postage

prepaid, on this 22nd day of July, 2004 to the following counsel of record:

Anthony J. Pantuso, III
Hayber & Pantuso, LLC
221 Main Street, Suite 400
Hartford, CT  06106

Margaret J. Strange