UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **WILLIAM E. MIKE** | : | |
| Plaintiff | : | CIVIL ACTION NO |
| | : | 3: 03 CV 539 (DJS) |
| v. | : | |
| **SAFECO INSURANCE COMPANY OF AMERICA** | : | |
| Defendant | : | July 29, 2004 |

**MOTION ON CONSENT FOR EXTENSION OF DEADLINE**

Plaintiff respectfully requests that the Court extend the deadline to respond to Defendant's Motion for Summary Judgment. That motion is dated July 22, 2004 and was filed with the Clerk on July 24, 2004. The current deadline to respond is August 16, 2004. The undersigned hereby requests an additional 30 days, or until September 15, 2004, to file opposition papers. The additional time will be necessary in order to meet with the plaintiff, review Defendant's papers and prepare a responsive document.

I have spoken with Attorney James Shea, Counsel for Defendant, who consents to the granting of this motion. This is the first such request for an extension of these deadlines.

Plaintiff,
William E. Mike


By:_____
Anthony J. Pantuso, III, Esq.
Fed. Bar No: ct11638
221 Main Street, Suite 400
Hartford, CT 06106
(860) 522-8888
Attorney for the Plaintiff

## CERTIFICATION OF SERVICE

       This is to certify that a copy of the foregoing was mailed this date to all counsel and pro se parties of record, including:

Attorney Margaret Strange
Attorney James Shea
Jackson, Lewis, LLP
55 Farmington Ave, Ste. 1200
Hartford CT 06105

                                                    _____
                                                    Anthony J. Pantuso, III