UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **WILLIAM E. MIKE** | : | |
| Plaintiff | : | CIVIL ACTION NO |
| | : | 3: 03 CV 539 (DJS) |
| v. | : | |
| **SAFECO INSURANCE COMPANY OF AMERICA** | : | |
| Defendant | : | September 3, 2004 |

### MOTION ON CONSENT FOR EXTENSION OF DEADLINE

Plaintiff respectfully requests that the Court extend the deadline to respond to Defendant's Motion for Summary Judgment by 21 days, until October 1, 2004. This is the second motion for extension of this deadline. I have spoken with Attorney James Shea, counsel for the Defendant, who has no objection to the granting of this motion.

The current deadline to respond is September 10, 2004. The undersigned has just completed trial in the matter of ***North American Outdoor Products, LLC v. Curt Dawson***, Docket No. CV 04-0490177 S in the Connecticut Superior Court, Judicial District of New Haven, and thus has been unable to fully and adequately prepare a response. The additional time will be necessary in order to complete the research on the various issues raised in Defendant's motion and complete the drafting of a response.

Plaintiff,
William E. Mike

By:_____
Anthony J. Pantuso, III, Esq.
Fed. Bar No: ct11638
221 Main Street, Suite 400
Hartford, CT 06106
(860) 522-8888
Attorney for the Plaintiff

## **CERTIFICATION OF SERVICE**

      This is to certify that a copy of the foregoing was mailed this date to all counsel and pro se parties of record, including:

Attorney Margaret Strange
Attorney James Shea
Jackson, Lewis, LLP
55 Farmington Ave, Ste. 1200
Hartford CT 06105


_____
Anthony J. Pantuso, III