UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **WILLIAM E. MIKE** : | CIVIL ACTION NO. | |
|     Plaintiff : | | |
| : | | |
| v. : | 3: 03 CV 539 (DJS) | |
| : | | |
| : | | |
| **SAFECO INSURANCE COMPANY** : | | |
| **OF AMERICA** : | | |
|     Defendant : | October 1, 2004 | |
| : | | |

### NOTICE OF MANUAL FILING

Please take notice that Plaintiff, William E. Mike, has manually filed the following document or thing: **Exhibits to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, Exhibits A through T.**

This document has not been filed electronically because

[ ]    the document or thing cannot be converted to an electronic format

[ x ]    the electronic file size of the document exceeds 1.5 megabytes

[ ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[ ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                PLAINTIFF,

                                By: _____
                                      Anthony J. Pantuso, III
                                      Hayber & Pantuso, LLC
                                      221 Main Street, Suite 400
                                      Hartford, CT 06106
                                      Juris No: 420475
                                      (860) 522-8888
                                      (860) 240-7945 (facsimile)

## **CERTIFICATION OF SERVICE**

  This is to certify that a copy of the foregoing was mailed this date to all counsel and pro se parties of record, including:

Attorney Margaret Strange
Jackson, Lewis, LLP
55 Farmington Ave, Ste. 1200
Hartford CT 06105

                _____
                Anthony J. Pantuso, III