UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. MIKE<br>Plaintiff, | :<br>:<br>: |
| | : Civil No. 3:03 CV 0539(DJS) |
| v. | :<br>: |
| SAFECO INSURANCE COMPANY<br>OF AMERICA,<br>Defendant. | :<br>: October 13, 2003<br>:<br>: |

## DEFENDANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule of Civil Procedure 7(b), Defendant Safeco Insurance Company of America respectfully moves for an extension of time of fourteen (14) days up to and including October 30, 2004 to file its Reply Memorandum in Support of Its Motion for Summary Judgment dated July 22, 2004.

1. Defendant filed its Motion for Summary Judgment on July 22, 2004.

2. On or about July 29, 2004, Plaintiff requested and received a 30 day extension of time until September 15, 2004 to file his objection to Defendant's Motion for Summary Judgment. On or about September 3, 2004, Plaintiff requested and received an additional 21 days until October 1, 2004 to file his objection.

3. Plaintiff filed his Opposition to Defendant's Motion for Summary Judgment on October 1, 2004. Defendant's reply brief is currently due on October 15, 2004.

4. Defendant needs additional time in which to properly analyze and respond to the legal and factual issues raised in Plaintiff's objection. Plaintiff's objection raises several

new factual issues which Defendant must investigate and address. Defendant also requires additional time to analyze and research Plaintiff's legal claims.

    5.     This is the first such motion for enlargement of time filed in this case.

    6.     The undersigned has contacted Attorney Pantuso, counsel for Plaintiff, who has no objection to the granting of this motion.

WHEREFORE, Defendant respectfully moves for a fourteen (14) day extension of time up to and including October 29, 2004 to file its Reply Memorandum.

THE DEFENDANT,
SAFECO INSURANCE COMPANY
OF AMERICA

By: *[signature]*
Margaret J. Strange (ct 08212)
James F. Shea (ct 16750)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
(860) 522-0404
email: strangem@jacksonlewis.com
email: sheaj@jacksonlewis.com

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, this 13th day of October 2004 to the following counsel of record:

Anthony J. Pantuso, III
Hayber & Pantuso, LLC
221 Main Street, Suite 400
Hartford, CT  06106

Counsel for Plaintiff

_____
James F. Shea

H:\Client Folder\S\Safeco\MIKE2\Pld\MSJ\Motion Extension Reply.doc
65692

3