UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| WILLIAM E. MIKE<br>Plaintiff, | : | |
| | : | Civil No 3:03 CV 0539(DJS) |
| v | : | |
| | : | |
| SAFECO INSURANCE COMPANY<br>OF AMERICA,<br>Defendant. | : | SEPTEMBER __, 2005 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff,

William Mike, and the Defendant, Safeco Insurance Company of America, through their

undersigned counsel, to execute this stipulation so that the above-captioned action may be

dismissed as to the Defendant in its entirety, with prejudice, and with no award of attorneys'

fees, costs and/or disbursements to either party.

PLAINTIFF,
WILLIAM MIKE

By:_____
Anthony J. Pantuso, III (ct11638)
Hayber & Pantuso, LLC
221 Main Street, Suite 400
Hartford, CT 06106
Tel. (860) 522-8888
Fax (860) 240-7945
Email: apantuso@hayberandpantuso com

DEFENDANT,
SAFECO INSURANCE COMPANY OF
AMERICA

By:_____
Margaret J. Strange (ct 08212)
James F. Shea (ct 16750)
Jackson Lewis LLP
90 State House Square, 8th Floor
Hartford, CT 06103-3708
Tel. (860) 522-0404
Fax (860) 247-1330
E-mail: strange@jacksonlewis.com
E-mail: sheaj@jacksonlewis.com

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first-class mail, postage

prepaid, on this ⅼ3 th day of September 2005, to the following counsel of record:

Anthony J. Pantuso III, Esq.
Hayber & Pantuso, LLC
221 Main Street, Suite 400
Hartford, CT 06106

James R. Shea

H:\Client Folders\Saleco\MIKE2\Pld\Stipulation of Dismissal doc
65692

2