UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **WILLIAM E. MIKE, individually and on behalf of others similarly situated individuals**<br>    **Plaintiff** | **:** |
| **v.** | **: CIVIL NO.: 3:03cv539(DJS)** |
| **SAFECO INSURANCE COMPANY OF AMERICA**<br>    **Defendant** | **:** |

### ORDER OF DISMISSAL

The Stipulation of Dismissal With Prejudice (Doc. #51) is hereby **GRANTED**. The Clerk is hereby directed to **close this case**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___15th___ day of September, 2005.

                                                              /s/DJS                                      
                                                             Dominic J. Squatrito
                                                             United States District Judge